UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **05 CR 10106 DPW** |
| | ) | CRIMINAL NO. |
| v. | ) | VIOLATION |
| | ) | 18 U.S.C. §2113(a) |
| MICHAEL O'DONNELL | ) | BANK ROBBERY |

INFORMATION

COUNT ONE:    18 U.S.C. §2113(a) - Bank Robbery

The United States Attorney charges that:

On or about April 1, 2003, at Westford, in the District of Massachusetts,

MICHAEL O'DONNELL

defendant herein, by force and violence and by intimidation took from the person and presence of another approximately $8,923.00 belonging to and in the care, custody, control, management and possession of the Enterprise Bank & Trust Company, 237 Littleton Road, Westford, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a) and 2.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney

April 14, 2005

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                                         05 CR 10106 DPW                    U.S. District Court - District of Massachusetts

**Place of Offense:**                    **Category No.** II             **Investigating Agency** FBI

City    Westford                         **Related Case Information:**

County  Middlesex                        Superseding Ind./ Inf. _____    Case No. _____
                                         Same Defendant _____    New Defendant _____
                                         Magistrate Judge Case Number _____
                                         Search Warrant Case Number _____
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Michael O'Donnell                    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date: 1968    SS#: 8207    Sex: M    Race: White    Nationality: American

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Donald L. Cabell                  Bar Number if applicable _____

Interpreter:   ☐ Yes   ☒ No             List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested         ☐ Regular Process         ☒ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as    of May 14, 2003    in    Boston, Nashua Street
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____    on _____

**Charging Document:**    ☐ Complaint    ☒ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: April 14, 2005            **Signature of AUSA:** _[signature]_

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Michael O'Donnell

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §2113(a) | Bank Robbery | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    FBI