UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
            V.                      )          CRIMINAL ACTION
                                    )          NO. 05-10106-DPW
MICHAEL O'DONNELL                   )

### ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING AND ORDER TO REPORT TO PRETRIAL AND U.S. MARSHAL

WOODLOCK, District Judge

Take notice that the above-entitled case has been scheduled for a Rule 11 hearing on **2:30 P.M. ON JUNE 13, 2005**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock. The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights.  The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea.

It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

                                    BY THE COURT,

DATE: May 3, 2005                   /s/ Michelle Rynne

Deputy Clerk