UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL ACTION |
| | ) | NO. 05-10106-DPW |
| MICHAEL O'DONNELL | ) | |

**ORDER AND NOTICE OF RESCHEDULING TIME OF RULE 11 HEARING**

WOODLOCK, District Judge

Take notice that the above-entitled case has been scheduled for a Rule 11 hearing on **2:30 P.M. ON SEPTEMBER 6,2005**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock. The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights. The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea.

It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

BY THE COURT,

DATE: August 1, 2005

/s/ Michelle Rynne
Deputy Clerk