UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
          v.                    )    CR. NO. 05-10106-DPW
                                )
MICHAEL O'DONNELL               )
                                )

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE
PLEA HEARING**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Donald L. Cabell, hereby moves that the Court continue the plea hearing in this case, presently scheduled for September 6, 2005 to September 27, 2005, at 3:00 p.m.  The continuance is necessary to accommodate conflicts in counsels' respective schedules, and to allow defense counsel sufficient time to review the case with the defendant, a process which had been hampered by counsel's recent appointment to the case and confusion as to where the defendant has been detained.  Accordingly, the defendant assents to the motion to continue.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney