UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 DEC -9 P 3: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 05-10106-DPW |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. §2113(a) |
| MICHAEL O'DONNELL | ) | BANK ROBBERY |

SUPERSEDING INFORMATION

COUNT ONE:    18 U.S.C. §2113(a) - Bank Robbery

The United States Attorney charges that:

On or about April 1, 2003, at Westford, in the District of Massachusetts,

MICHAEL O'DONNELL

defendant herein, by force and violence and by intimidation took from the person and presence of another approximately $8,923.00 belonging to and in the care, custody, control, management and possession of the Enterprise Bank & Trust Company, 237 Littleton Road, Westford, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a) and 2.

COUNT TWO:    18 U.S.C. §2113(a) - Bank Robbery

The United States Attorney further charges that:

On or about September 12, 2005, at Somerville, in the District of Massachusetts,

MICHAEL O'DONNELL

defendant herein, by force and violence and by intimidation took from the person and presence of another approximately $443.00 belonging to and in the care, custody, control, management and possession of the Citizens Bank at Stop & Shop, at 779 McGrath Highway, Somerville, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a) and 2.

<u>COUNT THREE</u>:   18 U.S.C. §2113(a) - Bank Robbery

The United States Attorney further charges that:

On or about September 13, 2005, at Somerville, in the District of Massachusetts,

MICHAEL O'DONNELL

defendant herein, by force and violence and by intimidation took from the person and presence of another approximately $931.00 belonging to and in the care, custody, control, management and possession of the Century Bank, at 102 Fellsway West, Somerville, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a) and 2.

COUNT FOUR:     18 U.S.C. §2113(a) - Bank Robbery

The United States Attorney further charges that:

On or about September 15, 2005, at Cambridge, in the District of Massachusetts,

MICHAEL O'DONNELL

defendant herein, by force and violence and by intimidation took from the person and presence of another approximately $3,090.00 belonging to and in the care, custody, control, management and possession of the Cambridge Portuguese Credit Union, at 251 Hampshire Street, Cambridge, Massachusetts, a credit union whose deposits were then insured by the National Credit Union Administration Board.

All in violation of Title 18, United States Code, Section 2113(a) and 2.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Donald L. Cabell

DONALD L. CABELL
Assistant U.S. Attorney

December 9, 2005

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**

City __Westford__

County __Middlesex__

**Category No.** __II__    **Investigating Agency** __FBI__

**Related Case Information:**

Superseding Ind./ Inf. __xxx__    Case No. __05-10106-DPW__
Same Defendant __xxxx__    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Michael O'Donnell__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date: __1968__    SS#: __8207__    Sex: __M__    Race: __White__    Nationality: __American__

Defense Counsel if known: __Kevin L. Barron__    Address: __453 Washington St., #5B__
__Boston, MA 02111__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Donald L. Cabell__    Bar Number if applicable _____

Interpreter:    ☐ Yes    ☒ No    List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes    ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:    __September 16, 2005__

☒ Already in Federal Custody as    __of September 16, 2005__    in    __MCI-Cedar Junction__ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☒ Information    ☐ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __December 9, 2005__    Signature of AUSA: _/s/ Donald L. Cabell_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Michael O'Donnell

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §2113(a) | Bank Robbery | 1-4 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:    FBI

odonnell js45 for superseding information.wpd - 3/13/02