UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10106-DPW |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. § 2113(a)-- |
| MICHAEL O'DONNELL | ) | Bank Robbery |
| | ) | |

## WAIVER OF INDICTMENT

Defendant Michael O'Donnell, after having been advised of the nature of the felony charges in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

*(signature)*
_____
MICHAEL O'DONNELL

*(signature)*
_____
Kevin L. Barron, Esq.
Attorney for Defendant

Date: December 14, 2005

*Received in open court*
*Douglas P. Woodlock*
*U.S.D.J.*