UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA

Case Number: 1:05-cr-10106-DPW

v.

MICHAEL O'DONNELL,
 Defendant.

# REQUEST FOR DESIGNATION

N O W  C O M E S defendant, Michael O'Donnell, and requests that the Court designate all or an appropriate portion of his sentence to FMC Devens on the grounds that the Bureau of Prisons describes "the Federal Medical Center (FMC) Devens [as] an administrative facility housing male offenders requiring specialized or long-term medical or *mental health care*."

Dated this 25th day of April, 2006 at Boston, Massachusetts.

Respectfully submitted by,

/s./ *Kevin L. Barron*

Kevin Lawrence Barron 550712
Attorney for Michael O'Donnell
453 Washington Street 5B
Boston, MA 02111-1325
Tel. No. 617-482-6368
Fax: 617-517-7711
Email: k@lawyerbarron.com

CERTIFICATE OF SERVICE

Counsel certifies that he has served AUSA Donald Cabell with a true ".pdf" copy of these exhibits today on May 4, 2006 through the CM/ECF of this District.

/s./ *Kevin L. Barron*
Kevin Lawrence Barron 550712

1