


U.S. Department of Justice

Federal Bureau of Prisons

*Designation & Sentence Computation Center*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

June 7, 2006

The Honorable Douglas P. Woodlock
Judge of the U.S. District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

**Re:  O'DONNELL, Michael**
     Reg. No. 21919-038
     Docket No. 1:05CR10106-001-DPW

Dear Judge Woodlock:

   Thank you for your recommendation that Mr. O'Donnell serve his term of confinement at the Federal Medical Center in Fort Devens, Massachusetts. Mr. O'Donnell was recently sentenced in your court to a 123-month term for Bank Robbery.

   During the designation process, we were aware of your recommendation. Regrettably, in the case of Mr. O'Donnell, your recommendation cannot be followed. Our Office of Medical Designations has reviewed his medical needs and determined he does not require a specialized medical facility. Accordingly, Mr. O'Donnell has been designated to the high security level facility in Lewisburg, Pennsylvania.

   We regret we were unable to comply with the Court's recommendation. Please be assured of our continued commitment to comply with judicial recommendations whenever possible.

                                        Sincerely,

                                        Rebecca Tamez
                                        Chief

cc:   Warden, USP Lewisburg